IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARION GOVAN, # 221463, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:18cv146-WHA |
| ) | [WO] |
| KAREN CARTER, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On May 24, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation (Doc. # 13) is ADOPTED.

(2) This action is DISMISSED without prejudice because Petitioner has not exhausted his state court remedies.

A separate final judgment will be entered.

DONE this 20th day of June, 2018.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE